## RECONSIDERATION OF PRIOR DECISIONS

**2005–1678.  State v. Hale.**
Cuyahoga C.P. No. CR–04–54857. Reported at 119 Ohio St.3d 118, 2008-Ohio-3426, 892 N.E.2d 864. On motion for reconsideration. Motion denied.

**2006–1811.  Paterek v. Petersen & Ibold.**
Geauga App. No. 2005–G–2624, 2006-Ohio-4179. Reported at 118 Ohio St.3d 503, 2008-Ohio-2790, 890 N.E.2d 316. On motion for reconsideration. Motion denied.

O'CONNOR and CUPP, JJ., dissent.

James A. Brogan, J., of the Second Appellate District, sitting for O'DONNELL, J.

**2007–0140.  Barnes v. Univ. Hosps. of Cleveland.**
Cuyahoga App. Nos. 87247, 87285, 87710, 87903, and 87946, 2006-Ohio-6266. Reported at 119 Ohio St.3d 173, 2008-Ohio-3344, 893 N.E.2d 142. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

**2007–0442.  Swaisgood v. Puder.**
Erie App. No. E–06–033, 2007-Ohio-307. Reported at 118 Ohio St.3d 445, 2008-Ohio-3177, 889 N.E.2d 1018. On motion for reconsideration. Motion denied.

O'DONNELL, J., dissents.

**2007–0758.  Angel v. Reed.**
Geauga App. No. 2005–G–2669, 2007-Ohio-1069. Reported at 119 Ohio St.3d 73, 2008-Ohio-3193, 891 N.E.2d 1179. On motion for reconsideration. Motion denied.

**2008–0182.  Peleg v. Spitz.**
Cuyahoga App. No. 89048, 2007-Ohio-6304. Reported at 118 Ohio St.3d 446, 2008-Ohio-3176, 889 N.E.2d 1019. On motion for reconsideration. Motion denied.

**2008–0547.  Tillimon v. Stubleski.**
Williams App. No. WM–07–009, 2008-Ohio-369. Reported at 118 Ohio St.3d 1506, 2008-Ohio-3369, 889 N.E.2d 1025. On motion for reconsideration. Motion denied.

**2008–0553.  Karnofel v. Kmart Corp.**
Trumbull App. Nos. 2007–T–0036 and 2007–T–0064, 2007-Ohio-6939. Reported at 118 Ohio St.3d 1464, 2008-Ohio-2823, 888 N.E.2d 1115. On motion for reconsideration. Motion denied.